IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| GREGORY MARBURY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.: 3:18-cv-722-GMB |
| | ) | |
| SCHUSTER ENTERPRISES, INC., | ) | (wo) |
| d/b/a BURGER KING, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

This cause is before the court on a Stipulation of Dismissal with Prejudice. Doc. 21. The parties have consented to the jurisdiction of a Magistrate Judge pursuant to 28 U.S.C. § 636(c). Doc. 17 & 18. In light of the joint Stipulation, it is hereby ORDERED that this action is dismissed with prejudice.

Each party to bear its own costs.

DONE this 9th day of January, 2019.

_____
GRAY M. BORDEN
UNITED STATES MAGISTRATE JUDGE